IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMEKA L. WILLIMAS, #267 528, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.  2:12-cv-209-TMH |
| | )   [wo] |
| PATRICIA LAWSON, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**OPINION and ORDER**

On Marche 22, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 5).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's Motion to Dismiss is hereby GRANTED, and that this case be and is hereby DISMISSED without prejudice.  A Judgment in favor of the Defendants shall be forthcoming.

    DONE this 17th day of April, 2012.

                                      /s/ Truman M. Hobbs
                                      _____
                                      TRUMAN M. HOBBS
                                      UNITED STATES DISTRICT JUDGE